IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>RAMON NATAL, a/k/a Ramon A. Natal<br>*Defendant* | CIVIL ACTION<br><br>NO. 16-5377 |

# O R D E R

**AND NOW**, this 20th day of January 2017, a review of the docket reveals that Plaintiff has not served the summons and complaint upon Defendant. Therefore, it is hereby **ORDERED** that Plaintiff shall effectuate service of the summons and complaint by February 10, 2017.

Further, notice is hereby given that the failure to comply with this Order, without good cause shown, will result in this action being dismissed against Defendant pursuant to Federal Rule of Civil Procedure 4(m).

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*