## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-5377** |
| **v.** | : | |
| | : | |
| **RAMON NATAL** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 24th day of January 2017, upon consideration of Plaintiff's *motion for service by posting property and certified mail*, [ECF 3], it is hereby **ORDERED** that the motion is **GRANTED**. In accordance with Rule 4(e)(1) of the Federal Rules of Civil Procedure and Rule 430 of the Pennsylvania Rules of Civil Procedure, Plaintiff shall effectuate service upon Defendant Ramon Natal ("Defendant") by: (1) posting a copy of the Summons and Complaint in Enforced Collection on Defendant's last three known addresses of 922 Carver Street, Philadelphia, PA, 19124, 1580 Randall Cir. 3, Williamsport, PA, 17701-2879, and 147 N. 4th Street, Sunbury, PA, 17801; (2) by sending a copy of the Summons and Complaint by first class and certified mail to each of the three aforementioned addresses; and (3) by publishing a notice of this action in the *Legal Intelligencer* and one newspaper of general circulation in Philadelphia County, and a legal publication and one newspaper of general circulation in **both** Lycoming County and Northumberland County, Pennsylvania, within ten (10) days of the date of this Order.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*