# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

RAMON NATAL AKA RAMON A NATAL; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05377

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served RAMON NATAL AKA RAMON A NATAL the above process on the 31 day of January, 2017, at 5:05 o'clock, PM, at 147 N 4TH STREET SUNBURY, PA 17801, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of __Pa__

County of __Berks__   ) SS:

Before me, the undersigned notary public, this day, personally, appeared __Jeffrey Clohessy__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

__Jeff S. Cullen__
(Signature of Affiant)

File Number: USA-158085
Case ID #: 4807106

Subscribed and sworn to before me this __6__ day of __Feb__, 20__17__.

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

RAMON NATAL AKA RAMON A NATAL; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05377

Sheriff's Sale Date: _____

**AFFIDAVIT OF SERVICE**

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served RAMON NATAL AKA RAMON A NATAL the above process on the 30 day of January, 2017, at 10:35 o'clock, A M, at 922 Carver Street Philadelphia, PA 19124, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_____ )
                               ) SS:
County of _Berks_____          )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158085
Case ID #: 4800974

Subscribed and sworn to before me
this _30_ day of _Jan_____, 20_17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

RAMON NATAL AKA RAMON A NATAL; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05377

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, JEFFREY CLOHESSY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served RAMON NATAL AKA RAMON A NATAL the above process on the 31 day of January, 2017, at 7:00 o'clock, PM, at 1580 RANDALL CIR 3 WILLIAMSPORT, PA 17701 2879, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_        )
                                  ) SS:
County of _Berks_                 )

Before me, the undersigned notary public, this day, personally, appeared _Jeffrey Clohessy_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158085
Case ID #: 4807106

Subscribed and sworn to before me this _6_ day of _Feb_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017

# PROOF OF PUBLICATION OF NOTICE IN THE LEGAL INTELLIGENCER

Under Act of May 16, 1929, P.L. 1784, as amended

COMMONWEALTH OF PENNSYLVANIA, } ss.:
COUNTY OF PHILADELPHIA

BRIAN R. HARRIS, being duly sworn, deposes and says that The Legal Intelligencer is a daily newspaper published at One Penn Center at Suburban Station, 1617 John F. Kennedy, Philadelphia, Pennsylvania 19103, and was established in said city in 1843, since which date said legal newspaper has been regularly issued in said county, that it has been issued daily since September 4, 1933, and that it was entered at the Philadelphia Post Office under the Postal Laws and Regulations as second class matter in the United States mails on July 19, 1879; that The Legal Intelligencer is a daily legal newspaper complying in all respects with the Newspaper Advertising Act of May 16, 1929, P.L. 1784, its amendments and supplements; and that a copy of the printed notice or publication is attached hereto exactly as the same was printed or published in the regular editions and issues of the said legal newspaper on the following dates, viz.: _____

February 2 _____, A.D. 20 17

Affiant further deposes and says that he is an employee of the publisher of said legal newspaper and has been authorized to verify the foregoing statement and that he is not interested in the subject matter of the aforesaid notice of publication, and that all allegations in the foregoing statement as to time, place and character of publication are true.

**Copy of Notice or Publication**

In The United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05377
Notice of Action in Enforced Collections
United States of America, Plaintiff vs. Ramon Natal, Defendant
To: Ramon Natal, Defendant, whose last known address is 92. Carver Street, Philadelphia, PA 19124. This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff United States of America, has filed a Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05377, wherein Plaintiff seeks to enforce collections. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333. Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.
2-2-1

Sworn to and subscribed before me this 2nd day of

February, 20 17

Notary Public

Philadelphia, Philadelphia County

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DIANE ELIZABETH DeANGELO, Notary Public
Philadelphia, Phila. County
My Commission Expires October 5, 2019

OFFICE:
One Penn Center at Suburban Station
17th Floor
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103

# CITY & STATE

City and State PA, LLC
325 Chestnut St. Suite 1
Philadelphia, PA 1910
State of Pennsylvania, County of

I, __Allison Murphy__, being duly sworn and say, I am the

__City and State PA, LLC__ published in __Philadelph__

printed copy of which is attached hereto, was printed and pub

newspaper on the following date(s): __2/2/17__

_____
Allison Murphy, Finance and Office Manager for City and State

Hereby subscribed and sworn to before me on this __2__ day

_____
Notary Public

MY COMMISSION EXPIRES ON __5/31/17__

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DEBORAH SINNI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 31, 2017

---

In The United States District Court
For The Eastern District of Pennsylvania
Civil Action - Law
No. 16-05377
Notice of Action in Enforced Collections
United States of America, Plaintiff vs. Ramon Natal, Defendant

To: Ramon Natal, Defendant, whose last known address is 922 Carver Street, Philadelphia, PA 19124. This firm is a debt collector and we are attempting to collect a debt owed to our client. Any information obtained from you will be used for the purpose of collecting the debt. You are hereby notified that Plaintiff United States of America, has filed a Complaint endorsed with a notice to defend against you in the United States District Court for the Eastern District of Pennsylvania, docketed to No. 16-05377, wherein Plaintiff seeks to enforce collections. Notice: You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you. You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below. This office can provide you with information about hiring a lawyer. If you cannot afford to hire a Lawyer, this office may be able to provide you with information about agencies that may offer legal services to eligible persons at a reduced fee or no fee. Community Legal Services, Inc., Law Center North Central, 1410 W. Erie Ave., Phila., PA 19140, 215-227-2400/215-981-3700. Phila. Bar Assn., One Reading Center, Phila., PA 19104, 215-238-6333. Rebecca A. Solarz, Atty. for Plaintiff, KML Law Group, P.C., Ste. 5000, Mellon Independence Center, 701 Market St., Phila., PA 19106-1532, 215.627.1322.

PCU / Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5742-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800728685<br>9171999991703800728685 | NATAL, RAMON<br>922 Carver Street<br>Philadelphia, PA 19124 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800730176<br>9171999991703800730176 | JOHNSON, MARLOW a/k/a MARLOW M. JOHNSON a/k/a MARLOW N. JOHNSON<br>2108 West Tioga Street<br>Philadelphia, PA 19140 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800730183<br>9171999991703800730183 | NATAL, RAMON<br>147 N. 4th St.<br>Sunbury, PA 17801 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| 9171999991703800747686<br>9171999991703800747686 | NATAL, RAMON<br>1580 Randall Cir 3<br>Williamsport, PA 17701 | ERR<br>C | 0.925 | 1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 4<br>4 | | 3.70<br>3.70 | 19.40<br>19.40 | | | 23.10<br>23.10 |

USPS CERTIFICATION
Total Number Of Pieces Received_____

_____
Signature of Receiving Employee

Round Stamp_____

PS Form 3877 (Facsimile)

Extra Service Codes:
C     Certified
ERR   Return Receipt

[Round stamp: USPS CONTINENTAL STATION, JAN 27 2017, PHILA, PA 19106]

**Name and Address of Sender**
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

**Check type of mail or service:**
☐ Certified   ☐ Recorded Delivery (International)
☐ COD         ☐ Registered
☐ Delivery Confirmation   ☐ Return Receipt for Merchandise
☐ Express Mail   ☐ Signature Confirmation
☐ Insured

**Affix Stamp Here** (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE » PITNEY BOWES
ZIP 19106
02 1W  $ 001.46⁰
0001391829 JAN 27 2017

PHILA, PA 19106  JAN 27 2017

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | TO | RAMON NATAL, NATAL, RAMON, 922 Carver Street, Philadelphia, PA 19124 | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | TO | RAMON NATAL, NATAL, RAMON, 1580 Randall Cir 3, Williamsport, PA 17701 – 2879 | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | TO | RAMON NATAL, NATAL, RAMON, 147 N. 4th St., Sunbury, PA 17801 | | | | | | | | | | | |

Total Number of Pieces Listed by Sender **3877**

Total Number of Pieces Received at Post Office

See Privacy Act Statement on Reverse

PS Form **3877**, February/2002 (Page 1 of 2)

USA-158085   Philadelphia County

RAMON NATAL

PCO- Back to Brittni Agustin