UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,
    Plaintiff

v.

RAMON NATAL,
    Defendant

No. 16-05377

FILED
MAR 01 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## DEFAULT JUDGMENT

AND NOW, this 1st day of March, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, October 13, 2016 and, after due service of process on Defendant, RAMON NATAL, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, RAMON NATAL, in the amount of $13,509.81. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 3/1/17

Clerk, United States District Court
Eastern District of Pennsylvania

By: _Richard Sala_
Deputy Clerk